IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAINE PELZER, | : |
| | : |
|     Petitioner | : |
| | : |
| v. | :   CIVIL NO. 4:CV-15-222 |
| | : |
| SUPERINTENDENT MAHALLY, | :   (Judge Brann) |
| | : |
|     Respondent | : |

## **ORDER**

November 9, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1. Petitioner's unopposed motion requesting the disposition of his pending habeas corpus petition be stayed (Doc. 16) is **GRANTED**.

    2. Adjudication of Pelzer's federal habeas corpus action is **STAYED**.

    3. Within thirty (30) days of the termination of his state court proceedings, Petitioner is directed to file a written status report with this Court detailing the conclusion of his Pennsylvania

state court exhaustion efforts; the status report shall include a copy of the relevant state court disposition.

4. For administrative purposes only, the Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge